IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEVEN MOORE, Individually
and on behalf of all others
similarly situated**                                                                                    **PLAINTIFF**

**v.**                                                                      **CAUSE NO. 1:22cv62-LG-RHWR**

**SOUTHERNSCAPES, LLC, and
JERED CLEVELAND**                                                                                **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of July, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge